IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONICA LEWIS,

    Plaintiff,                                     No. CIV 2:12-cv-1309-KJM-JFM (PS)

    vs.

WASHINGTON PARK PARTNERS LLC, *et al.*,

    Defendants.                          FINDINGS & RECOMMENDATIONS

/

        Pending before the court is plaintiff's motion for partial summary judgment or injunctive relief. Examination of the docket reveals that the motion for partial summary judgment is premature as no defendant has yet been served with the complaint. Also, plaintiff's request for injunctive relief does not comply with Local Rule 231.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's May 30, 2012 motion for partial summary judgment or injunctive relief be denied.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised
2  that failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 95 1 F.2d 1153 (9th Cir. 1991).
4  DATED: August 30, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;lewi1309.jo