IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONICA LEWIS,

        Plaintiff,                              No. CIV 2:12-cv-1309-KJM-JFM (PS)

    vs.

WASHINGTON PARK PARTNERS LLC, *et al.*,

        Defendants.                       <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The complaint states a cognizable claim for relief. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted;

/////

1      2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons,
2 an instruction sheet and a copy of the complaint filed May 14, 2012.
3      3. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the completed Notice to the United
5 States Marshal with the following documents:
6           a. One completed summons;
7           b. One completed USM-285 form for each named defendant; and
8           c. 7 copies of the endorsed complaint filed May 14, 2012.
9      4. Delivery to the United States Marshal shall be either by personal delivery or
10 by mail to: United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel.
11 916-930-2030).
12     5. Within ten (10) days after submitting the required materials to the United
13 States Marshals Service, plaintiff shall file with this court a declaration stating the date on which
14 she submitted the required documents to the United States Marshal.  Failure to file the
15 declaration in a timely manner may result in an order imposing appropriate sanctions.
16     6. Plaintiff need not attempt service on defendants and need not request waiver of
17 service.  Upon receipt of plaintiff's declaration, the court will direct the United States Marshal to
18 serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without
19 prepayment of costs.
20     7. The Clerk of the Court is directed to serve a copy of this order on the United
21 States Marshal.
22 /////
23 /////
24 /////
25 /////
26 /////

8. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: August 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;lewi1309.ifpgrant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONICA LEWIS,

        Plaintiff,                          No. CIV 2:12-cv-1309-KJM-JFM (PS)

    vs.

WASHINGTON PARK PARTNERS LLC,
*et al.*,                                  NOTICE OF SUBMISSION

        Defendants.                     OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the complaint

DATED:

                                                _____
                                                Plaintiff