IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONICA LEWIS,

        Plaintiff,                                No. CIV 2:12-cv-1309-KJM-JFM (PS)

        vs.

WASHINGTON PARK PARTNERS LLC, *et al.*,

        Defendants.                            ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge under Local Rule 72-302(c)(21).

        On August 31, 2012, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections and amended objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2012 are adopted in full; and

2. Plaintiff's May 30, 2012 motion for partial summary judgment or injunctive relief is denied without prejudice.

DATED: November 19, 2012.

_____
UNITED STATES DISTRICT JUDGE