1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MONICA LEWIS,

11           Plaintiff,                    No.  2:  12-cv-1309 KJM JFM

12       vs.

13   WASHINGTON PARK PARTNERS LLC,
       et al.,

14           Defendants.              ORDER

15   _____/

16           This action was referred to the undersigned pursuant to Local Rule 302(c)(21).

17   On November 20, 2012, defendant United States Department of Housing and Urban

18   Development filed a motion to dismiss/motion for summary judgment pursuant to Federal Rules

19   of Civil Procedure 12(b)(1), 12(b)(6) and 56.  The hearing on the motion is scheduled to be

20   heard on December 20, 2012.  No opposition to the motion has been filed.

21           Local Rule 230(c) provides that opposition to the granting of a motion must be

22   filed fourteen days preceding the noticed hearing date.  The rule further provides that "[n]o party

23   will be entitled to be heard in opposition to a motion at oral arguments if opposition to the

24   motion has not been timely filed by that party."  In addition, Local Rule 230(i) provides that

25   failure to appear may be deemed withdrawal of opposition to the motion or may result in

26   sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

1

1   grounds for imposition of any and all sanctions authorized by statute or Rule within the inherent

2   power of the Court."

3            On November 15, 2012, a pretrial scheduling conference was set for January 24,

4   2013.[1]  In light of the pending motion to dismiss, the November 15, 2012 order setting a pretrial

5   scheduling conference will be vacated.  Furthermore, on October 16, 2012, plaintiff filed a

6   motion for a status conference.  In light of the pending motion to dismiss, plaintiff's motion for a

7   status conference will be denied.

8            Good cause appearing, IT IS HEREBY ORDERED that:

9            1.  The hearing date of December 20, 2012 on defendant's motion to

10  dismiss/motion for summary judgment is VACATED.  Hearing on the motion is continued to

11  February 7, 2013 at 11:00 a.m. in courtroom # 26.

12           2.  Plaintiff shall file an opposition, if any, or statement of non-opposition to the

13  motion to dismiss/motion for summary judgment, no later than January 24, 2013.  Failure to

14  comply with this order will be deemed as a statement of non-opposition and shall result in a

15  recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

16           3.  The November 15, 2012 order setting a status conference (Dkt. No. 19.) is

17  VACATED.

18           4.  Plaintiff's motion for a status conference (Dkt. No. 16.) is DENIED.

19   DATED: December 12, 2012.

20

21

22   UNITED STATES MAGISTRATE JUDGE

23   14
     lewi1309.nooppmtd
24

25   _____

26   [1] The November 15, 2012 order had a typographical error which set the status conference
     for January 24, 2012.  (See Dkt. No. 19 at p. 2.)

2