IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONICA LEWIS,

    Plaintiff,

vs.

WASHINGTON PARK PARTNERS, LLC,

    Defendants.

_____/

No. 2: 12-cv-1309 KJM JFM (PS)

ORDER AND

FINDINGS AND RECOMMENDATIONS

    On November 20, 2012, defendant United States Departing of Housing and Urban Development ("HUD") filed a motion to dismiss or for summary judgment. After plaintiff failed to oppose the motion, the court issued an order on December 13, 2012 ordering plaintiff to file an opposition or a statement of non-opposition to the pending motion no later than January 24, 2013. Plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed pursuant to FED. R. CIV. P. 41(b). To date, plaintiff has not filed an opposition to HUD's motion or filed a statement of non-opposition to the motion.

    "Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court." Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). "In determining whether to dismiss a case for failure to comply with a

1

court order the district court must weigh five factors including: '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.'" Id. at 1260-61 (quoting Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986)); see also Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

In determining to recommend that this action be dismissed, the court has considered the five factors set forth in Ferdik. The first two factors strongly support dismissal of this action. The action has been pending since May 2012, two of the three defendants have yet to appear and the instant motion has remained unopposed for over two months. Plaintiff's failure to comply with the Local Rules and the court's December 13, 2012 order suggests that she has abandoned this action and that further time spent by the court thereon will consume scarce judicial resources in addressing litigation which plaintiff demonstrates no intention to pursue.

The fifth factor also favors dismissal. The court has advised plaintiff of the requirements under the Local Rules and granted ample additional time to oppose the pending motion, all to no avail. The court finds no suitable alternative to dismissal of this action.

Under the circumstances of this case, the third factor, prejudice to defendants from plaintiff's failure to oppose the motion, should be given little weight. Plaintiff's failure to oppose the motion does not put defendants at any disadvantage in this action. See Ferdik, 963 F.2d at 1262. Indeed, defendants would only be "disadvantaged" by a decision by the court to continue an action plaintiff has abandoned. The fourth factor, the public policy favoring disposition of cases on their merits, weighs against dismissal of this action as a sanction. However, for the reasons set forth above, the first, second, and fifth factors strongly support dismissal and the third factor does not mitigate against it. Under the circumstances of this case, those factors outweigh the general public policy favoring disposition of cases on their merits.

1  See Ferdik, 963 F.2d at 1263.

2     For the foregoing reasons, IT IS HEREBY ORDERED that the February 7, 2013
3  hearing on HUD's motion to dismiss is vacated.

4     Furthermore, IT IS HEREBY RECOMMENDED that this action be dismissed
5  pursuant to Federal Rule of Civil Procedure 41(b).

6     These findings and recommendations are submitted to the United States District
7  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
8  days after being served with these findings and recommendations, any party may file written
9  objections with the court and serve a copy on all parties.  Such a document should be captioned
10 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
11 objections shall be filed and served within fourteen days after service of the objections.  The
12 parties are advised that failure to file objections within the specified time may waive the right to
13 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14 DATED: January 31, 2013.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

14
lewi1309.46fr